UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WOODWARD,<br><br>                Petitioner,<br><br>  v.<br><br>SCOTT SPEER,<br><br>                Respondent. | C25-5010 TSZ<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, docket no. 5, objections to the Report and Recommendation, docket no. 6, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation, docket no. 5.

(2) Petitioner's proposed petition is second or successive and is therefore dismissed without prejudice in accordance with 28 U.S.C. § 2244(b)(3)(A).

(3) Petitioner's motion to proceed *in forma pauperis* and all proposed motions and requests are DENIED as moot.

(4) A certificate of appealability is DENIED in this case.

(5) The Clerk is directed to CLOSE this case and to send copies of this Order to Petitioner and to the Hon. David W. Christel.

Dated this 19th day of March, 2025.

                                                  Thomas S. Zilly
                                                  United States District Judge

ORDER - 1